UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WESLEY HODGE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PLACER COUNTY, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-1531 CKD P<br><br>ORDER and FINDINGS AND RECOMMENDATIONS |

Plaintiff is appearing pro se and in this civil rights action pursuant to 42 U.S.C. § 1983. On, October 19, 2020, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. § 1915A(a).  The court found that this case may proceed against defendant Persinger on a claim arising under the Eighth Amendment for excessive force.  With respect to the other defendants identified in plaintiff's complaint, the court found that the facts alleged fail to state actionable claims.  The court gave plaintiff two options:  (1) proceed on the claim described above; or 2) make an attempt to cure the deficiencies in his complaint with respect to the other defendants and claims in an amended complaint.  Plaintiff elects to procced without amending.

Accordingly, IT IS HEREBY ORDERED that:

1. Service of process is appropriate for defendant Persinger.

2. The Clerk of the Court shall send plaintiff a USM-285 form, summons, an instruction sheet and a copy of plaintiff's complaint.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form; and

    d. Two copies of the complaint.

4. Plaintiff need not attempt service on defendant Persinger and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve defendant Persinger pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

6. The Clerk of the Court assign a district court judge to this case.

IT IS HEREBY RECOMMENDED that all claims and defendants other than a claim for excessive force arising under the Eighth Amendment against defendant Persinger be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 9, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hodg1531.1

2

1
2
3
4
5
6
7
8                               UNITED STATES DISTRICT COURT
9                            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  | PHILIP WESLEY HODGE,           | No.  2:20-cv-1531 CKD P
12  |         Plaintiff,             |
13  |     v.                         | NOTICE OF SUBMISSION
14  | PLACER COUNTY, et al.,         | OF DOCUMENTS
15  |         Defendants.            |

16
17       Plaintiff submits the following documents in compliance with the court's order filed
18  _____:
19       \_\_\_\_          completed summons form
20       \_\_\_\_          completed USM-285 forms
21       \_\_\_\_          copies of the _____
                                        Complaint
22
23  DATED:
24
25                                                    _____
                                                      Plaintiff
26
27
28

                                                1