UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WESLEY HODGE,<br><br>           Plaintiff,<br><br>      v.<br><br>PLACER COUNTY, et al.,<br><br>           Defendants. | No. 2:20-cv-01531-TLN-CKD<br><br><br><br>**ORDER** |

Plaintiff Philip Wesley Hodge ("Plaintiff"), a Placer County Jail prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 9, 2020 the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 8.)  Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by

1

the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 9, 2020 (ECF No. 8), are ADOPTED IN FULL; and

2. All claims against Defendants Placer County, Devon Bell, and B. Glau are DISMISSED, except for the claim for excessive force arising under the Eighth Amendment against Defendant Persinger.

IT IS SO ORDERED.

DATED: December 7, 2020

Troy L. Nunley
United States District Judge